AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

RIZEK KHALIFEH, individually and
d/b/a Built Right Construction, Inc.,
d/b/a Built Right Construction Inc
d/b/a Built Right, Inc.
d/b/a Built Right Construction (Drywall
Contractor)

CASE

Case: 1:08-cv-00465
Assigned To : Kennedy, Henry H.
Assign. Date : 3/18/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

RIZEK KHALIFEH
24 Willet Street
Bloomfield, NJ  07002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

MAR 18 2008

DATE

(By) DEPUTY CLERK

INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY
PENSION FUND AND GARY J. MEYERS
*Plaintiff*

vs.

VINCENT PAINO A/K/A VINCE PAINO INDIVIDUALLY; AND D/B/A BUILT RIGHT CONSTRUCTION INC.; D/B/A BUILT RIGHT CONSTUCTION ET ALS

*Defendant*

UNITED STATES OF AMERICA
United States District Court
District of Columbia
Docket / Index # 1:08-cv-00465

**AFFIDAVIT**

**Person to be served:**
*Rizek Khalifeh* at: *24 Willet Street, Bloomfield, NJ 07002*

**Attorney:**

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint

**Service Data:**
Served Successfully __X__   Not Served _____

Date: April 9, 2008   Time: 6:00 AM

Attempts: **0**

__X__   Delivered a copy to him / her personally

**Name of Person Served and Relationship / Title:**

_____   Left a copy with a competent household member over 14 years of age residing therein.

_____   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Sex: **Male**  Age: **30+**  Height: **6'**  Weight: **150-160 lbs**  Skin Color: **Middle Eastern**  Hair Color: **Black**

**Unserved:**
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____ Date _____ Time
                   _____ Date _____ Time
( )Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
10 day of April 2008

Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2011

I, **Glenn Michael Consor**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Glenn Michael Consor, Process Server

**Legal Errands Inc**
PO Box 24866
, Philadelphia, PA 19130

Job #22799
Affidavit of Service (9/30/02)