AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

BUILT RIGHT CONSTRUCTION, INC.
d/b/a Built Right Construction, Inc
d/b/a Built Right, Inc.
d/b/a Built Right Construction (Drywall
Contractor)

CASE N

Case: 1:08-cv-00465
Assigned To : Kennedy, Henry H.
Assign. Date : 3/18/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

BUILT RIGHT CONSTRUCTION, INC.
387 Passaic Avenue
Fairfield, NJ 08093

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within [ twenty (20) ] days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR 1 8 2008

CLERK                                                              DATE

(BY) DEPUTY CLERK

PENSION FUND AND GARY J. MEYERS

*Plaintiff*

*vs.*

VINCENT PAINO A/K/A VINCE PAINO INDIVIDUALLY; AND D/B/A
BUILT RIGHT CONSTRUCTION INC.; D/B/A BUILT RIGHT
CONSTUCTION ET ALS

*Defendant*

**UNITED STATES OF AMERICA**
**United States District Court**
**District of Columbia**
**Docket / Index # 1:08-cv-00465**

**AFFIDAVIT**

**Person to be served:**
*Built Right Construction* at: *Built Right Construction, 387 Passaic Avenue,*
*Fairfield, NJ 08093*

**Attorney:**

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Summons and Complaint

**Service Data:**

Served Successfully __X__   Not Served _____

**Date:** April 9, 2008   **Time:** 9:45 AM

**Attempts: 0**

_____   Delivered a copy to him / her personally

_____   Left a copy with a competent household member over 14
          years of age residing therein.

__X__   Left a copy with a person authorized to accept service, e.g.
          managing agent, registered agent, etc.

**Name of Person Served and
Relationship / Title:**

Monica Mejia, Authorized Agent

**Description of Person Accepting Service:**
Sex: **Female**  Age: **25+**  Height: **5' 3"**  Weight: **100-110 lbs**  Skin Color: **Hispanic**  Hair Color: **Black**

**Unserved:**
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____ Date _____ Time
                    _____ Date _____ Time
( )Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
_____ day of _____ 2008

_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2013

I, **Glenn Michael Consor**, was at the time of service a
competent adult not having a direct interest in the litigation. I
declare under penalty of perjury that the foregoing is true and correct.

_____
Glenn Michael Consor, Process Server

**Legal Errands Inc**
PO Box 24866
, Philadelphia, PA 19130

Job #22801
Affidavit of Service (9/30/02)