IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND et al. | ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| v. | ) ) | 08-cv-00465 |
| BUILT RIGHT CONSTRUCTION, INC. et al. | ) ) | |
| Defendants. | ) | |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Built Right Construction, Inc. ("Company"), and Rizek Khalifeh, ("Khalifeh") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

          Respectfully submitted,

          JENNINGS SIGMOND, P.C.

          BY: /s/     Kent G. Cprek
              KENT G. CPREK, ESQUIRE
              (I.D. NO. 478231)
              The Penn Mutual Towers, 16th Floor
              510 Walnut Street, Independence Square
              Philadelphia, PA 19106-3683
              (215) 351-0615

Date: April 30, 2008          Attorney for Plaintiff

OF COUNSEL:
DAWN M. COSTA, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0616

195613.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND et al. ) | | |
| ) | | |
| Plaintiffs, ) | CIVIL ACTION NO. | |
| v. ) | 08-cv-00465 | |
| ) | | |
| BUILT RIGHT CONSTRUCTION, INC. et al. ) | | |
| ) | | |
| Defendants. ) | | |

**DECLARATION OF KENT G. CPREK, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Built Right Construction, Inc. ("Company") on April 9, 2008, by Glenn Michael Consor, Process Server, who served Monica Mejia, Company's authorized agent at 387 Passaic Avenue, Fairfield, New Jersey. The Return of Service has been duly docketed with the Court.

3. The Complaint and Summons in this action were served on Defendant, Rizek Khalifeh ("Khalifeh") on April 9, 2008, by Glenn Michael Consor, Process Server, who served Rizek Khalifeh, personally at 24 Willet Street, Bloomfield, New Jersey. The Return of Service has been duly docketed with the Court.

4. The time in which Defendant(s) may answer or otherwise move as to the Complaint has expired.

5. No appearance has been entered by said Defendants in this case; no pleading has been filed and none served upon the attorney for the Plaintiff; no extension has been given and the time for filing has expired.

195613.1

6. Defendants are neither infants nor incompetent persons.

7. Inasmuch as Company is a corporation, it is not in the military service.

8. A Military Affidavit is attached as a separate document with respect to the individual defendant Khalifeh.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/     Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date:  April 30, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND et al. | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 08-cv-00465 |
| BUILT RIGHT CONSTRUCTION, INC. et al. | ) ) ) | |
| Defendants. | ) | |

## MILITARY AFFIDAVIT
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 30th day of April 2008, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named individual defendant, RIZEK KHALIFEH, is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and

195613.1

the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service.

|  |  |
|---|---|
|  | BY:/s/     Kent G. Cprek<br>KENT G. CPREK, ESQUIRE<br>(I.D. NO. 478231)<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683<br>(215) 351-0615 |
| Date: 4/30/2008 | Attorney for Plaintiff |

OF COUNSEL:
DAWN M. COSTA, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0616

**CERTIFICATE OF SERVICE**

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Built Right Construction, Inc.
387 Passaic Avenue
Fairfield, NJ 08093

Rizek Khalifeh
24 Willet Street
Bloomfield, NJ 07002

s/     Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date:  April 30, 2008

195613.1