Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND et al

_____
              Plaintiff(s)

V.                                                          Civil Action No. 08-cv-00465-HHK

BUILT RIGHT CONSTRUCTION, INC. et al

_____
              Defendant(s)

RE:      BUILT RIGHT CONSTRUCTION, INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 09, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this __1__ day of __May__, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Francis_____
             Deputy Clerk