Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND et al

---

Plaintiff(s)

V.

BUILT RIGHT CONSTRUCTION, INC. et al

---

Defendant(s)

Civil Action No. 08-cv-00465-HHK

RE: RIZEK KHALIFEH

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 09, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 1 day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Frenis_
Deputy Clerk