IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* ) ) ) Plaintiffs, ) v. ) ) BUILT RIGHT CONSTRUCTION, INC., *et al.* ) ) Defendants. ) | CIVIL ACTION NO. 08-cv-00465-HHK |

**SUGGESTION OF DEATH**
**AS TO DEFENDANT VINCENT PAINO**

To the Clerk:

Plaintiff, International Painters and Allied Trades Industry Pension Fund, et al. suggests upon the record, pursuant to Rule 25(a)(1), the death of defendant Vincent Paino on September 3, 2007, prior to the filing of the Complaint in this action. The death of Vincent Paino does not affect Plaintiffs' claims as to defaulted defendants Built Right Construction, Inc. and Rizek Khalifeh.

                                                          Respectfully submitted,

                                                          JENNINGS SIGMOND, P.C.

                                                          BY:   /s/Kent G. Cprek
                                                          KENT G. CPREK (ID NO. 478231)
                                                          The Penn Mutual Towers, 16th Floor
                                                          510 Walnut Street, Independence Square
                                                          Philadelphia, PA 19106-3683
                                                          (215) 351-0615
                                                          Attorney for Plaintiffs

Date:   May 21, 2008

**CERTIFICATE OF SERVICE**

      I, Kent G. Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing Suggestion of Death as to Defendant Vincent Paino to be served via first class mail, postage prepaid on the date and to the addresses below:

BUILT RIGHT CONSTRUCTION, INC.
387 Passaic Avenue
Fairfield, NJ 08093

RIZEK KHALIFEH
24 Willet Street
Bloomfield, NJ 07002

                                              ____s/Kent G. Cprek_____
                                              KENT G. CPREK, ESQUIRE

Date: ___May 21, 2008__

**The foregoing has been filed with the Court electronically and is available for viewing and downloading from the ECF system.**